✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

   -v-                             :     INFORMATION

SAMANTHA LEMONS,                  :
                                        **07 CRIM  637**
        Defendant.             :

- - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1. On or about April 8, 2007, in the Southern District of New York and elsewhere, SAMANTHA LEMONS, the defendant, unlawfully, intentionally, and knowingly did aid, abet, counsel, command and induce another to possess a controlled substance, to wit, approximately 3.5 grams of mixtures and substances containing a detectable amount of methamphetamine.

(Title 21, United States Code,
Sections 812 and 844;
Title 18, United States Code, Section 2.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 13 2007